# Office of the Chapter 13 Standing Trustee

## Isabel C. Balboa, Chapter 13 Standing Trustee†

*Jane L. McDonald, Counsel*  
*Raymond H. Shockley, Jr. Staff Attorney*  
*Jennifer R. Gorchow, Staff Attorney*

*Kelleen E. Stanley\**  
*Jennie P. Archer\**  
*Jenai M. Cerquoni\**  
*\*Certified Bankruptcy Assistant*  
†*Fellow, American College of Bankruptcy*

July 13, 2016

The Honorable Andrew B. Altenburg, Jr.  
United States Bankruptcy Court  
P.O. Box 2067  
Camden, New Jersey 08102

RE:   Chapter 13 Bankruptcy  
　　　Debtor(s) Name:    Bianca L. and Lamont M. Holloway  
　　　Case No:           15-26932   ABA  
　　　Hearing Date:      N/A

Dear Judge Altenburg:

Please accept this letter as a response to Debtor(s)' Motion/Application.

The Motion/Application filed July 9, 2016, reflects a standard fee for the Defense of motion on behalf of debtor in the amount of $400.00. However, the proposed form of Order list the total fee amount to be paid through the plan as $300.00.

**Please note that Debtor(s)' counsel will be required to submit the amended Order and wage order, if applicable, to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.**

As always, the Court is welcome to contact the Trustee with any concerns.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　*OFFICE OF THE CHAPTER 13*  
　　　　　　　　　　　　　　*STANDING TRUSTEE*

　　　　　　　　　　　　　　*/s/ Isabel C. Balboa*

　　　　　　　　　　　　　　ISABEL C. BALBOA  
　　　　　　　　　　　　　　Chapter 13 Standing Trustee

ICB:lka

c:    Thomas E. Dowey, Esquire   (Debtor(s) Attorney)    (Via Electronic Case Filing / ECF)  
　　　Bianca L. & Lamont M. Holloway   (Debtors')    (Via Regular Mail)

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002

**Payments Only:**

**P.O. Box 1978**  
**Memphis, TN 38101-1978**