Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  15−26932−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Bianca L Holloway                                             Lamont M Holloway
  aka Bianca L Green                                        aka Lamont M Dorsey
  153 W. Greenfield Ave.                                 153 W. Greenfield Ave.
  Pleasantville, NJ 08232                              Pleasantville, NJ 08232

Social Security No.:
  xxx−xx−1283                                                   xxx−xx−1955

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on August 8, 2016.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 8, 2016
JJW: ml

                                                                     James J. Waldron
                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Bianca L Holloway
Lamont M Holloway
    Debtors

Case No. 15-26932-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Aug 08, 2016
                  Form ID: 148     Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2016.
```
db/jdb         +Bianca L Holloway,    Lamont M Holloway,    153 W. Greenfield Ave.,
                 Pleasantville, NJ 08232-3413
515748462      +Amerassist AR Solution,    445 Hutchinson Avenue,    Columbus, OH 43235-5677
515748463      +Collections & Recoveries,    207 Tilton Road,    PO Box 35,    Northfield, NJ 08225-0035
515748464      +DBA Paragon Revenue Group,    PO Box 128,    Concord, NC 28026-0128
515748465      +Enhanced Recovery Co LLC,    PO Box 57610,    Jacksonville, FL 32241-7610
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2016 23:06:38      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2016 23:06:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515935341      +EDI: CINGMIDLAND.COM Aug 08 2016 22:53:00      AT&T Mobility II, LLC,    c/o AT&T Services, Inc.,
                 Karen Cavagnaro,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
515743564       EDI: AIS.COM Aug 08 2016 22:53:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
515727613       EDI: IRS.COM Aug 08 2016 22:53:00      Internal Revenue Service,    955 S. Springfield Ave.,
                 Springfield, NJ  07081
515727614       E-mail/Text: camanagement@mtb.com Aug 08 2016 23:06:28      M&T Bank,    PO Box 1288,
                 Buffalo, NY  14240-1288
515748466      +E-mail/Text: Supportservices@receivablesperformance.com Aug 08 2016 23:07:16
                 Receivables Performance Management,    20816 44th Avenue W.,    Ynnwood, NJ 98036-7744
515748468       EDI: RMSC.COM Aug 08 2016 22:53:00      SYNCB/JCPenney,    PO Box 965007,
                 Orlando, FL 32896-5007
515748467      +E-mail/Text: bankruptcy@southjerseyfcu.com Aug 08 2016 23:06:37
                 South Jersey Federal Credit Union,    PO Box 5530,    Deptford, NJ 08096-0530
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515745894*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
515778734*     ++M&T BANK,   LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
                (address filed with court: M&T BANK,    PO BOX 1288,    Buffalo, NY 14240)
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2016                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2016 at the address(es) listed below:
```
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor   M&T Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas E. Dowey    on behalf of Joint Debtor Lamont M Holloway tdesquire@hotmail.com
              Thomas E. Dowey    on behalf of Debtor Bianca L Holloway tdesquire@hotmail.com
                                                                                             TOTAL: 5
```