Form: ICB-12003-01 rev. 01

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in compliance with D.N.J. LBR 9004-2(c) |
| ISABEL C. BALBOA<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>CHAPTER 13 STANDING TRUSTEE<br>CHERRY TREE CORPORATE CENTER<br>535 ROUTE 38, SUITE 580<br>CHERRY HILL, NJ  08002-2977 |

Order Filed on August 8, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

   BIANCA L. HOLLOWAY
   LAMONT M. HOLLOWAY

                       Debtor(s)

Case No.:   15-26932-ABA

Hearing Date:

Judge:   Andrew B. Altenbu[rg]

## ORDER DISMISSING CHAPTER 13 CASE

The relief set forth on the following pages, numbered two (2) through two (2.00) is hereby **ORDERED**.

**DATED: August 8, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor:    BIANCA L. HOLLOWAY LAMONT M. HO
Case No.:  15-26932-ABA
Caption of Order: ORDER DISMISSING CHAPTER 13 CASE

---

**THIS MATTER** having come before the court on the confirmation of the debtor(s) Chapter 13 plan, and good cause appearing, it is hereby

**ORDERED** that the the above captioned case is hereby dismissed for the debtor(s) failure to:

file tax returns;

file a feasible plan, income and/or budget statement;

make all required pre-confirmation payments to the Trustee;

**IT IS FURTHER ORDERED** that the Debtor(s) attorney be and is hereby allowed a fee of $2,510.00 to be paid from funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Bianca L Holloway  
Lamont M Holloway  
    Debtors

Case No. 15-26932-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Aug 08, 2016  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2016.
db/jdb       +Bianca L Holloway,   Lamont M Holloway,   153 W. Greenfield Ave.,   Pleasantville, NJ 08232-3413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2016 at the address(es) listed below:
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com  
         Joshua I. Goldman    on behalf of Creditor   M&T Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Thomas E. Dowey    on behalf of Joint Debtor Lamont M Holloway tdesquire@hotmail.com  
         Thomas E. Dowey    on behalf of Debtor Bianca L Holloway tdesquire@hotmail.com  
                                                                       TOTAL: 5